# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) 1: 10-CR-00211 OWW
)
)
ANTONIO PEREZ )

FILED
JUN 1 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 (**X**) Ad Prosequendum  ( ) Ad Testificandum.
Name of Detainee:  Antonio Perez
Detained at (custodian):  Fresno County Jail

Detainee is:   a.)   (**X**) charged in this district by:
                     (**X**) Indictment    ( ) Information    ( ) Complaint
                     Charging Detainee With: **21 U.S.C. 846 - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Methamphetamine**

or           b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
or           b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:  /S/KIMBERLY SANCHEZ
Printed Name & Phone No: Kimberly Sanchez/ 559-497-4000
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
 (**X**) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6-11-10
Date                                                                          United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):  _____       Male X    Female ___

Booking or CDC #:   1025319; Person ID 0897111         DOB: _____
                    Release Date: Unknown              Race:  W
                    _____               FBI #: _____

Facility Phone:   _____

Currently Incarcerated For: _____

----

**RETURN OF SERVICE**

Executed on _____ by _____          _____
                                              (Signature)

G:\docs\RGaumnitz\Orders to be signed\Perez writ.wpd
Form Crim-48                                                              Revised 11/19/97